

# EXHIBIT 4

| | |
|---|---|
| **From:** | Ryan Stumphauzer <rstumphauzer@sknlaw.com> |
| **Sent:** | Tuesday, January 17, 2023 9:16 PM |
| **To:** | Duffy, James J (WPB - X28305); jgoldman |
| **Cc:** | rosenberg; Spector, David I (WPB - X28304) |
| **Subject:** | Re: INADMISSIBLE SETTLEMENT COMMUNICATION FOR PURPOSES OF SETTLEMENT ONLY |

*[External email]*
Gentlemen:

We accept your counter.  Do you want to do the first draft or us?

Get Outlook for iOS


### Ryan Stumphauzer

Stumphauzer Kolaya Nadler & Sloman, PLLC
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131

E-mail:  rstumphauzer@sknlaw.com
Direct:   305-614-1401
Fax:      305-614-1425

Bio | VCard | sknlaw.com



---

**From:** Duffy, James J (WPB - X28305) <James.Duffy@hklaw.com>
**Sent:** Monday, January 16, 2023 3:52:11 PM
**To:** jgoldman <jgoldman@davisgoldman.com>
**Cc:** Ryan Stumphauzer <rstumphauzer@sknlaw.com>; rosenberg <rosenberg@rosenberglawpa.com>; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>
**Subject:** RE: INADMISSIBLE SETTLEMENT COMMUNICATION FOR PURPOSES OF SETTLEMENT ONLY

Jason,

We communicated your settlement offer to our clients. They have decided to decline the offer. However, they authorized us to make the following counteroffer:

- A waiver of Complete Care's AR, including the withdrawal of all demands and CRNs and the dismissal of all pending PIP suits with each party to bear their own costs/fees;
- A cash payment of $3.25 million;
- A 30 day no-bill period; and
- Complete Care agrees to accept fee schedule and not file suit over fee schedule.

1

**James Duffy | Holland & Knight**
Senior Counsel
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8305 | Fax 561.650.8399
james.duffy@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Jason Goldman <jgoldman@Davisgoldman.com>
**Sent:** Monday, January 16, 2023 12:32 PM
**To:** Spector, David I (WPB - X28304) <David.Spector@hklaw.com>
**Cc:** Duffy, James J (WPB - X28305) <James.Duffy@hklaw.com>; Ryan Stumphauzer <rstumphauzer@sknlaw.com>; rosenberg <rosenberg@rosenberglawpa.com>
**Subject:** INADMISSIBLE SETTLEMENT COMMUNICATION FOR PURPOSES OF SETTLEMENT ONLY

*[External email]*
**INADMISSIBLE SETTLEMENT COMMUNICATION FOR PURPOSES OF SETTLEMENT ONLY**
**The following confidential communication is intended only for settlement purposes and as an expression of willingness to consider a compromise only and may not be used for any other purposes. The following communication is privileged within the meaning and intent of Fed. R. Evd. 408 and Florida Statute § 90.408 and other applicable law and may not be deemed as an admission against interest whether pursuant to Fed. R. Evd. 801(d)(2), Florida Statutes § 90.408, Fed. R. Bkrp. P. 9017, or as a waiver of any rights otherwise.**

David,

To follow up on our call, below please see terms upon which Complete Care ("CCC") would be willing to resolve its disputes with the State Farm family of insurance companies (collectively, "SF").

1. CCC agrees to waive $7mm of charges for PIP and MPC benefits (oldest claims with unexhausted benefits waived first).
2. CCC to pay SF $1mm cash within 3-days of settlement.
3. 30-day payment moratorium (valued at more than $500,000)
4. In connection with waiving the $7mm in claims for PIP and MPC benefits, CCC will dismiss the related county court suits, releasing SF from liability for what is estimated to be apprx. $1mm in attorneys fee exposure (based on a conservative estimate of $5,000 of fee exposure per dismissed county court suit).
5. CCC will waive all bad faith claims and agree not to re-assign benefits to any insureds for all outstanding charges submitted to SF through settlement.
6. CCC to dismiss all PIP and MPC suits for all charges for dates of service covered by the $7mm of waived claims.
7. Mutual releases for SF and CCC, and their respective agents, representatives, and affiliates.
8. 45-day pre-suit cool off period and informal mediation with designated reps for mitigation and investigation (i.e., no non-county court suits without 45-day notice).
9. CCC will accept the fee schedule amount for all first party benefits for all charges as payment in full, without reference to policy language.

This is proposal equates to a $9.5mm total settlement value. Please let me know if you have any questions regarding these terms.

**Jason N. Goldman**
Partner

**Davis Goldman, PLLC**

1221 Brickell Avenue | Suite 1860 | Miami, FL 33131
2. S. University Drive | Plantation, FL 33324
**o**: 305.800.6673 | **d**: 954.388.1002
jgoldman@davisgoldman.com | www.davisgoldman.com



vcard | Bio | LinkedIn

This e-mail is intended solely for the individual(s) to whom it is addressed and may contain information that is confidential and its contents may be subject to a claim of legal privilege. Access to this e-mail by anyone other than the intended recipient(s) is not authorized. If you are not an intended recipient (or responsible for delivery of the e-mail to such person(s)), you may not use, copy, distribute or deliver this e-mail (or any part of its contents) to anyone or take any action in reliance on it.  In such case, you should destroy this e-mail, and notify the sender immediately. If you have received this e-mail in error, please notify the sender immediately by e-mail or telephone and delete the e-mail from your computer.

If this electronic mail transmission is an attempt to collect a debt, any information which is obtained will be used for that purpose.

E-mail signature blocks from Davis Goldman, PLLC never constitute an electronic signature, unless the e-mail expressly states that it may be relied upon as a signature.

 

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

This e-mail message is from Stumphauzer Kolaya Nadler & Sloman, PLLC, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

3